UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHACARAH SCOTT and JOSHUA TUCKER, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>SYNCREON NORTH AMERICA, INC.,<br><br>　　　　　Defendant. | Case No.: 3:19-cv-00164-SMY-MAB<br><br>Judge Staci M. Yandle |

**SUPPLEMENT TO PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

COME NOW Plaintiffs, SHACARAH SCOTT and JOSHUA TUCKER, individually and on behalf of all others similarly situated, by and through their attorneys, Cates Mahoney, LLC, and for their Supplement To Plaintiffs' Motion For Preliminary Approval of Class Action Settlement, state as follows:

1.　On November 10, 2020 Plaintiffs filed their Motion For Preliminary Approval of Class Action Settlement with this Court [Doc. 40].

2.　After filing it came to Plaintiffs' counsel's attention certain attachments were not filed with said Motion, to wit:  Settlement Agreement and Release, Notice and Declaration of David Cates.

3.　In order to make the record complete, Plaintiffs' counsel files with this Motion Exhibit A – the fully signed Settlement Agreement and Release; Exhibit B – Notice and Exhibit C – Declaration of David Cates In Support Of Plaintiffs'' Motion For Preliminary Approval Of Class Action Settlement.

Dated:  December 30, 2020.

Respectfully submitted,

**SHACARAH SCOTT and JOSHUA TUCKER, individually and on behalf of all others similarly situated**

By: /s/Chad M. Mooney
 One of Their Attorneys
 CATES MAHONEY, LLC
216 West Point Drive.
Swansea, IL 62226
Phone: 618-277-3644
Fax:  618-277-7882
E-Mail:  cmooney@cateslaw.com

## CERTIFICATE OF SERVICE

I, Chad M. Mooney, an attorney, hereby certify that on December 30, 2020, I caused a true and correct copy of "SUPPLEMENT TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT" to be served on counsel of record via the Court's ECF system.

/s/Chad M. Mooney