IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHACARAH SCOTT and JOSHUA TUCKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNCREON NORTH AMERICA, INC,<br><br>Defendant. | Case No. 19–cv-164-SMY |

# FINAL APPROVAL ORDER

Now before the Court are Plaintiffs' Motion for Final Approval of Settlement (Doc. 51) and Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 48). The Court conducted a Rule 23 final fairness hearing on May 6, 2021. For the reasons stated herein and those stated on the record, the Court **GRANTS** the motion as follows:

1. The Court fully and finally approves the Settlement in the form contemplated by the Settlement Agreement (Doc. 45-1) and finds the terms to be fair, reasonable and adequate within the meaning of Rule 23 of the Federal Rules of Civil Procedure. The Court directs the consummation of the settlement pursuant to the terms and conditions of the Settlement Agreement.

2. The Court finds that Notice given to the Class members constituted the best notice practicable under the circumstances and complied in all respects with the requirements of Rule 23 and due process.

3. The Court hereby **DISMISSES** this Action with prejudice as to the Defendant, and, except as provided under the Settlement Agreement, without costs.

4. The Court hereby discharges and releases the Released Claims as to the Releasees as those terms are used and defined in the Settlement Agreement (Doc. 45-1).

5. The Court **GRANTS** Class Counsel's motion for attorneys' fees and costs. Class Counsel are awarded (1) $16,866.67 as reasonable attorneys' fees and (2) $6,682.61 as reasonable litigation costs. The Class Representatives are each awarded service awards of $1,500.

6. The Court DIRECTS the Class Administrators to remit any funds from unnegotiated settlement checks to Land of Lincoln Legal Aid.

7. The Court finds and determines pursuant to Rule 54(b) of the Federal Rules of Civil Procedure that there is no just reason for delay and directing entry of final judgment.

The Clerk of Court is **DIRECTED** to enter a separate judgment pursuant to Fed. R. Civ. P. 58 and to close this case.

**IT IS SO ORDERED.**

**DATED: May 10, 2021**

**STACI M. YANDLE**
**United States District Judge**